**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**NOV 26 1997**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

KENNETH D. SHEPHERD,
MARTHA A. GREGORY,

     Petitioners - Appellants,

v.

COMMISSIONER OF INTERNAL
REVENUE,

     Respondent - Appellee.

No. 97-9011
(D.C. No. 20377-95)
(Commissioner of Internal Revenue)

**ORDER AND JUDGMENT**[*]

Before **BALDOCK**, **MCKAY** and **LUCERO**, Circuit Judges.

Upon careful consideration of the record, the briefs of the parties, the

district court's order, and the applicable law, we **AFFIRM** for substantially the

reasons stated in the opinion of the U.S. Tax Court.

---

[*]The case is unanimously ordered submitted without oral argument pursuant to
Fed. R. App. P. 34(a) and 10th Cir. R. 34.1.9. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. The court generally disfavors the citation of orders and judgments;
nevertheless, an order and judgment may be cited under the terms and conditions of 10th
Cir. R. 36.3.

The mandate shall issue forthwith.

ENTERED FOR THE COURT


Carlos F. Lucero
Circuit Judge